```
FILED
September 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>   v.                             )<br>                                  )<br> TONY QUY LE,                     )<br>                                  )<br>            Defendant.            ) | Case No. 2:08MJ00323GGH-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TONY QUY LE__ , Case No. __2:08MJ00323GGH-01__ , Charge __21USC § 841(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __  Release on Personal Recognizance

    __✔__  Bail Posted in the Sum of $ __100,000.00__

        __  __  Unsecured Appearance Bond

        __  __  Appearance Bond with 10% Deposit

        __  __  Appearance Bond with Surety

        __  __  Corporate Surety Bail Bond

    __✔__  (Other)    __Pretrial conditions as stated.__

Issued at __Sacramento, CA__  on __September 25, 2008__  at __9:33 am__ .

                          By   /s/ Gregory G. Hollows
                                Gregory G. Hollows
                                United States Magistrate Judge

Copy 5 - Court