UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>TONY QUY LE, )<br>)<br>      Defendant. ) | Case No. 2:08MJ00323GGH-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __TONY QUY LE__, Case No. __2:08MJ00323GGH-01__, Charge __21USC § 841(a)(1), 846__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __100,000.00__

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated.__

Issued at __Sacramento, CA__ on __September 25, 2008__ at __9:33 am__.

            By  /s/ Gregory G. Hollows
                Gregory G. Hollows
                United States Magistrate Judge

Copy 5 - Court